

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00465-CR

**EX PARTE** Amber **TRAN**

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2025-CC-008097
Honorable Erica Dominguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: September 10, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We therefore grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH